UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CARL HINDS, Jr.,

      Plaintiff,              Civil Action No. 2:18-CV-10356
                                   HON. GEORGE CARAM STEEH
v.                                UNITED STATES DISTRICT JUDGE

UNKNOWN NAME POLICE
OFFICER et. al.,

      Defendants.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Civil Rights Complaint, Honorable George Caram Steeh, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered this date,

    IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE against the Defendant Detroit Police Department.

    IT IS FURTHER ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE against the Defendant "Unknown Police Officer."

Dated: April 12, 2018

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                       BY:    s/Marcia Beauchemin
                                      DEPUTY CLERK

APPROVED:

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 12, 2018, by electronic and/or ordinary mail and also on Michael Hinds #17-02283, Beaver County Jail, 6000 Woodlawn Blvd., Aliquippa, PA 15001.

s/Marcia Beauchemin
Deputy Clerk